JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY DAVIS, | ) | NO. CV 21-1981-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. JUSINO, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 10, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE